HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JAIME SANCHEZ-ROBLES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:17-cr-102 TLN |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE; SET FOR CHANGE OF |
| v. | ) ) | PLEA AND TO EXCLUDE TIME; ORDER |
| JAIME A. SANCHEZ-ROBLES, | ) ) | Date: August 16, 2018 Time: 10:00 a.m. |
| Defendant. | ) ) | Judge: Hon. Troy L. Nunley |

By previous order, this matter was set for status on August 16, 2018.

By this stipulation, defendant, Jaime A. Sanchez-Robles, now moves to vacate the status conference and set the matter for change of plea on August 23, 2018 at 9:30 a.m., and to exclude time between August 16, 2018 and August 23, 2018 under local code T4.

The reasons for the continuance is that defense requires additional time in advance of the change of plea to investigate the facts, and to conduct further legal research.

Counsel for defendant Mr. Sanchez-Robles believes that the failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The government does not object to the continuance.

Based upon the foregoing, time under the Speedy Trial Act should be excluded from August 16, 2018, through and including August 23, 2018, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4 because it results

Stipulation to Set Change of Plea -1-

1 | from a continuance granted by the Court at defendant's request for continuity of counsel and
2 | defense preparation, on the basis of the Court's finding that the ends of justice served by taking
3 | such action outweigh the best interest of the public and the defendant in a speedy trial.
4 | IT IS SO STIPULATED.

DATED: August 8, 2018              Respectfully submitted,

                                   HEATHER E. WILLIAMS
                                   Federal Defender

                                   */s/ Noa E. Oren*
                                   NOA E. OREN
                                   Assistant Federal Defender
                                   Attorney for JAIME SANCHEZ-ROBLES

DATED: August 8, 2018              MCGREGOR W. SCOTT
                                   United States Attorney

                                   */s/ Cameron Desmond*
                                   CAMERON DESMOND
                                   Assistant United States Attorney
                                   Attorney for Plaintiff

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, IT IS HEREBY ORDERED that the Court adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders the time from August 16, 2018, up to and including August 23, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(A) and(B)(iv) [reasonable time for defense counsel to prepare] and General Order 479, (Local Code T4) [defense counsel's preparation]. It is further ordered the August 16, 2018 status conference shall be vacated and a change of plea set for August 23, 2018, at 9:30 a.m.

Dated: August 8, 2018

_____
Troy L. Nunley
United States District Judge